**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **DARIUS CHRISTIAN,** ) <br> ) <br> Defendant. ) | **8:94CR75** <br><br> **ORDER** |

     Defendant Darius Christian appeared before the court on Thursday, December 15, 2005 on a Petition for Warrant or Summons for Offender Under Supervision [66]. The defendant was represented by Assistant Federal Public Defender Julie B. Hansen and the United States was represented by Assistant U.S. Attorney William W. Mickle. A preliminary examination and detention hearing was held. After evidence was introduced, the government withdrew it's oral motion for detention. Defendant was released to a third-party custodian on his current conditions of supervision.

     I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

     **IT IS ORDERED**:

     1.    A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 8:30 a.m. on December 28, 2005.**

     2.    Defendant must be present in person.

     DATED this 16th day of December, 2005.

                                                 BY THE COURT:

                                                   s/ F. A. Gossett
                                                   United States Magistrate Judge