IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:94CR75** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **DARIUS MIGUEL CHRISTIAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's unopposed motion to continue the final dispositional hearing (Filing No. 76).

IT IS ORDERED:

1. The Defendant's unopposed motion to continue the final dispositional hearing (Filing No. 76) is granted; and

2. Counsel shall contact Edward Champion, tel. 661-7377, at their earliest convenience to reschedule the hearing.

DATED this 22nd day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge