IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:04CR75 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| DARIUS CHRISTIAN, ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED that a revocation hearing is set to commence at **8:30 a.m. on March 3, 2006** before the Hon. Laurie Smith Camp, United States District Judge, in Courtroom #2, United States Courthouse, Omaha, Nebraska.

Dated: December 30, 2005.

BY THE COURT
s/ Laurie Smith Camp
United States District Judge